# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143215

MATTHEW BONDIE,
   Plaintiff-Appellant,

v

            SC: 143215
            COA: 295832
            Ogemaw CC: 06-656083-NH

CYNTHIA RUBERT, M.D., CYNTHIA
RUBERT, M.D., P.C., and WEST BRANCH
REGIONAL MEDICAL CENTER,
    Defendants-Appellees.
_____/

   On order of the Court, the application for leave to appeal the May 3, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal to consider the expert testimony issue and the constitutionality of MCL 600.2169.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

Clerk

d1012